| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Moye, Jr., Charles A | 2. Court or Organization<br><br>U.S.Dist.Ct.,N.D.Ga. | 3. Date of Report<br><br>5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Sr. U.S.Dist.Judge | 5. ReportType (check appropriate type)<br><br>( ) Nomination,   Date<br><br>( ) Initial   (●) Annual   ( ) FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>2342 U.S.Dist.Courthouse<br><br>75 Spring St.S.W.<br><br>Atlanta,Ga.,30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Executor | Estate #1 |

RECEIVED 2005 MAY 10 A 10: 26 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A.  Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B.  Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV.  REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.    (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moye, Jr., Charles A | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  ATT Wireless | | None | | | sell | 10/26 | J | A | |
| 2.  Agere | | None | J | T | | | | | |
| 3.  Bell South, Com. | B | Dividend | K | T | | | | | |
| 4.  Hartford Financial, Com. | A | Dividend | K | T | | | | | |
| 5.  ITT Industries  Com. | A | Dividend | K | T | | | | | |
| 6.  Lucent Technologies, Inc. Com. | | None | J | T | | | | | |
| 7.  Avaya, Inc., Com. | | None | J | T | | | | | |
| 8.  Comcast | | None | J | T | | | | | |
| 9.  Bank of America Com. | A | Dividend | K | T | | | | | |
| 10.  Verizon | A | Dividend | J | T | | | | | |
| 11.  Rayonier, Inc.  Com. | A | Dividend | J | T | | | | | |
| 12.  Talbots Com. | A | Dividend | J | T | | | | | |
| 13.  Walmart Com. | A | Dividend | K | T | | | | | |
| 14.  Home Depot, Com. | A | Dividend | J | T | | | | | |
| 15.  Metlife Com. | A | Dividend | J | T | | | | | |
| 16.  Sunlife Financial Com. | A | Dividend | J | T | | | | | |
| 17.  Fidelity Equity-Income  II | A | Dividend | K | T | | | | | |
| 18.  Fidelity Mun. Money MarketFund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1  = $1,000,001-$5,000,000    H2  = More than $5,000,000
2. Value Codes:      J  = $15,000 or less       K  = $15,001-$50,000       L  = $50,001-$100,000       M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1  = $1,000,001-$5,000,000    P2  = $5,000,001-$25,000,000
   P3  = $25,000,001-$50,000,000                         P4  = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal       R  = Cost (Real Estate Only)   S  = Assessment       T  = Cash/Market
   (See Column C2)      U  = Book Value       V  = Other       W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moye, Jr., Charles A | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. General Electric | A | Dividend | J | T | | | | | |
| 20. Fidelity Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 21. Nuveen Intermediate Duration Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 22. T. Rowe Price Ga. Mun. Bond Fund | B | Dividend | L | T | | | | | |
| 23. Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 24. Vanguard Total Stock Market Fund | A | Dividend | K | T | | | | | |
| 25. Fidelity National Bank | C | Interest | M | T | | | | | |
| 26. Wachovia National Bank | B | Interest | N | T | | | | | |
| 27. State Farm Life | A | Interest | K | U | | | | | |
| 28. 1/2 interest Estate # 1 | G | Distribution | M | T | | | | | |
| 29. Atlanta Athletic Club Com. | | None | K | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Moye, Jr., Charles A | 5/15/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

Estate #1 listed in parts 1 and 7 consisted of two parcels of real estate in Fulton County, Georgia, the assessed fair market value of one parcel being $35,600 and of the other, $226,900 according to the most recent 2003 assessment, a total fair market value of $261,900. On October 24, 2004, these parcels of real estate were sold and a partial distribution of the proceeds was received on November 4, 2004.

AT&T Com was erroneougly listed on 2004 report as having any value at end of reporting period - 2003. That stock had been disposed of by donation on September 4, 2003, therefore, it is not indicated on this report at all.  New England Mut. Life Ins. Co. has apparently merged, been acquired (absorbed) by Metlife Com. and is no longer included.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _May 5, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544